UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Ernest WilliamsDocket No. 7:13-CR-30-1BO

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ernest Williams, who upon an earlier plea of guilty to Felon in Possession of Ammunition in violation of 18 U.S.C. §§ 922(g) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on March 27, 2014, to the custody of the Bureau of Prisons for a term of 54 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Ernest Williams was released from custody on July 21, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Williams was diagnosed with several mental health disorders beginning at age 14, and those issues are ongoing. Williams received mental health treatment and medications for these conditions while incarcerated for the instant federal offense. It is the feeling of the probation office that Williams continue his treatment as directed by the probation office during his term of supervised release.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton/s/ Erik J. Graf
Robert L. ThorntonErik J. Graf
Supervising U.S. Probation OfficerU.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: August 11, 2017

Ernest Williams
Docket No. 7:13-CR-30-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __14__ day of __August__, 2017, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge